UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
TASHA HALL,                         )
        Plaintiff                   )
                                    )
                v.                  )   C.A. NO. 13-cv-30163-MAP
                                    )
SPRINGFIELD HOUSING AUTHORITY,      )
ET AL.,                             )
        Defendants                  )
```

MEMORANDUM AND ORDER REGARDING
REPORT AND RECOMMENDATION FOR SUMMARY DISMISSAL
PURSUANT TO 28 U.S. § 1915(e)(2)
(Dkt. No. 4)

October 23, 2013

PONSOR, U.S.D.J.

   Plaintiff, proceeding pro se, has submitted for filing a complaint against the Springfield Housing Authority and other defendants. Plaintiff's Application for Leave to Proceed In Forma Pauperis was referred to Magistrate Judge Kenneth P. Neiman. Judge Neiman found that Plaintiff is unable to pay the costs of commencing the action, but pursuant to his authority under 28 U.S.C. § 1915(e)(2), he recommended that the complaint be dismissed for lack of subject matter jurisdiction and for failure to state a claim.

   The conclusion of the Report and Recommendation admonished the parties at n. 1 that objections to the Report and Recommendation were to be filed within fourteen days of

receipt of the Report and Recommendation.  No such objection was filed.

The court, having reviewed the Report and Recommendation, de novo, and based upon its merits and Plaintiff's failure to object, hereby ADOPTS Judge Neiman's Report and Recommendation (Dkt. No. 4).  The complaint is ordered DISMISSED and this case may now be closed.

It is So Ordered.

      /s/ Michael A. Ponsor
MICHAEL A. PONSOR
U. S. District Judge