# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TASHA HALL,           )<br>    Plaintiff         )<br>                             )<br>        v.               )   CIVIL ACTION NO. 3:13-cv-30163 -MAP<br>                             )<br>SPRINGFIELD HOUSING AUTHORITY, )<br>ET AL.,                  )<br>    Defendant        ) | |

### JUDGMENT IN A CIVIL CASE

Michael A. Ponsor, D.J.

[ ]  **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X]  **Decision by the Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED**

**JUDGMENT** of dismissal pursuant to the court's memorandum and order entered this date, dismissing this complaint.

                                                                ROBERT M. FARRELL,
                                                                CLERK OF COURT

Dated: October 23, 2013                    /s/ *Maurice G. Lindsay*
                                                                Maurice G. Lindsay
                                                                Deputy Clerk

(Civil Judgment of Dismissal.wpd - 11/98) [jgm.]